IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SANTIAGO ABREU,

    Plaintiff,

v.

ALOHA KALAMAZOO, LLC,

    Defendant.

Case No.: 1:16−cv−00519−GJQ−RSK

Hon. Gordon J. Quist

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

The parties, by and through the undersigned counsel, stipulate and agree to the dismissal of Plaintiff's Complaint, including any amendments and all claims made therein, against Defendant, Aloha Kalamazoo, LLC, in its entirety with prejudice and without costs or fees to either party.

This is a final order and closes the case. The court shall retain jurisdiction over this matter to enforce the terms of the settlement agreement as necessary.

**IT IS SO ORDERED.**

Dated:  September 30, 2016

    /s/ Gordon J. Quist
    Hon. Gordon J. Quist

**STIPULATED BY:**

| | |
|---|---|
| */s/ George T. Blackmore* | */s/ Robb S. Krueger* |
| George T. Blackmore (P76942) | Robb S. Krueger (P66115) |
| CHASTAIN & AFSHARI, LLP | KREIS ENDERLE HUDGINS & |
| Attorneys for Plaintiff | BORSOS PC |
| 21411 Civic Center Drive, Ste 200 | One Moorsbridge |
| Southfield, MI 48076 | PO Box 4010 |
| 248-845-8594 | Kalamazoo, MI 49003-4010 |
| george@cnalawgroup.com | (269) 324-3000 |
| Attorney for Plaintiff | Rkrueger@kreisenderle.com |
| | Attorney for Defendant |

Dated: September 30, 2016